UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| ROBYN D. PEACE, | ) | |
| | ) | No.  CV-08-0048-CI |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING STIPULATED |
| | ) | MOTION FOR REMAND PURSUANT |
| MICHAEL J. ASTRUE, | ) | TO SENTENCE FOUR OF 42 |
| Commissioner of Social | ) | U.S.C. 405(g) |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

BEFORE THE COURT is the parties' stipulated Motion for remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 18.).  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 7.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1.   The parties' stipulated Motion for Remand **(Ct. Rec. 18)** is **GRANTED**.  The above-captioned shall case be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the administrative law judge (ALJ) will further evaluate Plaintiff's mental and physical impairments; the ALJ will further consider Plaintiff's mental condition following the procedures in 20 C.F.R. § 416.920a with specific findings and rationale regarding the

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

degree of limitation in the four functional areas; the ALJ will further address the opinions of the State agency psychologists (Tr. 230-43, 244-47), Dr. Press (Tr. 214-19), and Dr. Hood (Tr. 156-57,166-67, 172-73, 179-80); the ALJ will reevaluate Plaintiff's residual functional capacity; the ALJ will further consider whether Plaintiff can perform her past relevant work; and if warranted, the ALJ will obtain vocational expert evidence.

    2.    Judgment shall be entered for the **PLAINTIFF**.

    3.    An application for attorney fees may be filed by separate motion.

    The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

    DATED September 18, 2008.


                           <u>S/ CYNTHIA IMBROGNO</u>
                        UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2